UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **FIRST GUARANTY BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Docket No. 5:23-cv-683 |
| | ) |
| **JONATHAN M. LARMORE;** | ) |
| **ARCITERRA STRATEGIC RETAIL** | ) |
| **ADVISOR, LLC; ARCITERRA** | ) |
| **STRATEGIC RETAIL-WHEATLAND IL,** | ) |
| **LLC; ARCITERRA STRATEGIC** | ) |
| **RETAIL-BRIARGATE & LINDEN IL,** | ) |
| **LLC; ARCITERRA STRATEGIC** | ) |
| **INCOME CORPORATION -** | ) |
| **BELLEVILLE CROSSING IL; AT** | ) |
| **WHEATLAND NAPERVILLE IL, LLC;** | ) |
| **AT BRIARGATE IL, LLC; AT** | ) |
| **BELLEVILLE CROSSING IL-INLINE,** | ) |
| **LLC; AT FORUM LOUISVILLE KY II,** | ) |
| **LLC; AT BLOOMINGTON IL, LLC;** | ) |
| **ARCITERRA USB ROCHESTER MN,** | ) |
| **LLC; AND SPIKE HOLDINGS, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1 and W.D. La. LR 5.6, AT BELLEVILLE CROSSING IL-INLINE, LLC, on information and belief, hereby certifies that it is an Arizona limited liability company whose sole member is ArciTerra Strategic Income Corporation - Belleville Crossing IL. ArciTerra Strategic Income Corporation - Belleville Crossing IL is a Maryland corporation whose principal place of business is in the State of Arizona. Arciterra Strategic Income Advisor, LLC is the sole shareholder of Arciterra Strategic Income Corporation – Belleville Crossing, IL. Arciterra Strategic Income Advisor, LLC is an Arizona limited liability company whose members are JMMAL Investments, LLC, MML Investments, LLC, and Spike Holdings, LLC.

The sole member of both JMMAL Investments, LLC and MML Investments, LLC is Wawasee Family Investments Limited Partnership. RM Linzona Family Holdings Trust Limited Partnership is a member of Wawasee Family Investments Limited Partnership. AT BELLEVILLE CROSSING IL-INLINE, LLC does not have another parent corporation nor does any other publicly held corporation own 10% or more of its stock.

Shreveport, Louisiana, this 5th day of October, 2023.

        Respectfully submitted,

        BLANCHARD, WALKER, O'QUIN & ROBERTS
          (A Professional Law Corporation)


        /s/ McLaurine H. Zentner
        W. Michael Adams, Bar #2338
        Stacey D. Williams, Bar #22689
        McLaurine H. Zentner, Bar #38453

        Post Office Drawer 1126
        Shreveport, Louisiana 71163-1126
        Telephone:(318) 221-6858
        Telecopier: (318) 227-2967
        E-Mail:     madams@bwor.com
                      swilliams@bwor.com
                      mzentner@bwor.com

        ATTORNEYS FOR DEFENDANT
        AT BELLEVILLE CROSSING IL-INLINE, LLC

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing Corporate Disclosure Statement has this date been served upon the following via the Court's electronic mail notification system.

      /s/ McLaurine H. Zentner

22899123